UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARLAND HENDERSON, et al., | Case No. 2:17-cv-01767-JAD-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| CLARK COUNTY SCHOOL DISTRICT, | (Docket No. 23) |
| Defendant(s). | |

Pending before the Court is a stipulation to extend discovery cutoff and subsequent deadlines by 90 days. Docket No. 23. The reason proffered for the requested extension is that an amended complaint was filed in September, adding a plaintiff and new claims. *Id.* at 3. The parties have failed to explain, however, why the more than three-month period between that amendment and the discovery cutoff is not sufficient to complete discovery. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 409 (9th Cir. 2000) (good cause exists for an extension if the subject deadline "cannot reasonably be met despite the diligence of the party seeking the extension"). Thus, good cause is lacking. Nonetheless, given potential scheduling difficulties during the holiday season and as a one-time courtesy to the parties, the Court will allow a 30-day extension. Accordingly, the stipulation is **GRANTED** in part and **DENIED** in part, and deadlines are **SET** as follows:

- Discovery cutoff: February 1, 2018
- Dispositive motions: March 5, 2018

- Joint proposed pretrial order: April 4, 2018, or 30 days after decision on dispositive motions

IT IS SO ORDERED.

DATED: December 8, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge