CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
(702) 799-5373
Attorney for Defendant,
CLARK COUNTY SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARLAND HENDERSON, et al.<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendant | CASE NO. 2:17-cv-01767-JAD-NJK<br><br>**STIPULATION TO EXTEND MOTION DEADLINE**<br>(First Request) |

COME NOW, the parties, by and through their attorneys of record, and hereby stipulate and agree to extend the motion deadline thirty (30) days from the current deadline of March 5, 2018, up to and including April 4, 2018. This is the first request to extend the motion deadline. This request is made in good faith for the reasons described below and not for any reason of delay.

The parties completed depositions during the last week of the discovery period and are awaiting final transcripts to be prepared. Moreover, counsel spoke in person late last week regarding a potential resolution of the matter. Counsel expect to know whether a resolution is reached within the next 2 weeks and even if a complete resolution is not reached it is believed the discussions will lead to a reduction in the claims asserted by the two Plaintiffs. The parties request this extension to allow sufficient

time for counsel to fully explore the recent proposals and to allow for counsel's receipt of the deposition transcripts. Additionally, defense counsel has motion deadlines in two (2) other federal employment discrimination cases between now and March 14, 2018, he is currently working on summary judgment motions for filing.

Therefore, the parties respectfully request that the motion deadline be extended thirty (30) days up to and including April 4, 2018.

DATED this 7th day of February, 2018.

| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | LAW OFFICES OF ROBERT P. SPRETNAK |
|---|---|
| By: /s/ S. Scott Greenberg<br>S. SCOTT GREENBERG<br>NV Bar No. 4622<br>5100 W. Sahara Ave.<br>Las Vegas, NV 89146<br>Attorneys for Defendant,<br>Clark COUNTY SCHOOL DISTRICT | By: /s/ Robert Spretnak<br>ROBERT SPRETNAK<br>NV Bar No. 5135<br>8275 S. Eastern Avenue<br>Suite 200<br>Las Vegas, NV 89123<br>Attorney for Plaintiffs |

**IT IS SO ORDERED:**

Date: February 7, 2018

_____
U.S. MAGISTRATE JUDGE