UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Garland Henderson, et al.,

    Plaintiffs

v.

Clark County School District,

    Defendant

Case No.: 2:17-cv-01767-JAD-NJK

**Order Construing Stipulation to Dismiss as a Motion to Amend Under FRCP 15(a) and Granting It**

[ECF No. 30]

    Plaintiffs Garland Henderson and Tammie Keith-Henderson are bus drivers for the Clark County School District, who sue their employer for alleged violations of Title VII and the Age Discrimination in Employment Act. The parties filed a stipulation and proposed order to dismiss, with prejudice, Tammie's fifth through eighth claims for relief, leaving only retaliation claims by both Garland and Tammie.[1] But the parties cite no authority to support their joint request, and the Ninth Circuit has instructed that "Federal Rule of Civil Procedure 15(a) is the appropriate mechanism [when] 'a plaintiff desires to eliminate an issue, or one or more but less than all of several claims, but without dismissing as to any of the defendants.'"[2] I therefore construe the parties' dismissal stipulation[3] as one to amend the complaint under FRCP 15(a)(2), and I grant it.

    Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation to dismiss some but not all of Tammie Keith-Henderson's claims **[ECF No. 30]**, which I construe as a stipulation under FRCP 15(a)(2) for the plaintiffs to amend their complaint, is **GRANTED**. The plaintiffs have until **March 5, 2018**, to file a second-amended complaint

---

[1] ECF No. 30.

[2] *Hells Canyon Preservation Council v. U.S. Forest Serv.*, 403 F.3d 683, 687–88 (9th Cir. 2005) (quoting *Ethridge v. Harbor House Restaurant*, 861 F.2d 1389, 1392 (9th Cir. 1988)).

[3] ECF No. 30.

1

that does **not** contain any of the claims that the parties agreed would be dismissed with prejudice. The plaintiffs are cautioned that the scope of this leave is narrow: they may only drop claims, not add new claims or allegations.

Dated: February 21, 2018

_____
U.S. District Judge Jennifer A. Dorsey