CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
(702) 799-5373
Attorney for Defendant,
CLARK COUNTY SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARLAND HENDERSON, et al.<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendant | CASE NO. 2:17-cv-01767-JAD-NJK<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br>(First Request)<br><br>**ORDER** |

COME NOW, the parties, by and through their attorneys of record, and hereby stipulate and agree to extend the deadline for the reply brief in support of summary judgment fourteen (14) days from the current deadline of May 3, 2018, up to and including May 17, 2018. This is the first request to extend the deadline to file the reply brief. This request is made in good faith for the reasons described below and not for any reason of delay.

This case involves two Plaintiffs and a large number of separate employment actions, including numerous promotions Plaintiff's complain about not being selected for. The reply is expected to require a far greater response to factual assertions set forth in the opposition than the usual employment discrimination case. Defense counsel has been limited the last two weeks due to other case deadlines including a settlement conference brief that

was due in a student abuse case on April 26th and preparation for the settlement conference in that matter scheduled for May 3rd (<u>Doe v CCSD</u>, Case No. 2:16-cv-01696-JAD-PAL), a response due on May 1st in a state court matter (<u>Mesquite v CCSD</u>, Case No. A-17-762196-C) contesting the District's implementation of significant parts of the new school district reorganization legislation and a proposed pre-trial order that was due on May 24th in a student abuse case (<u>Doe v CCSD</u>, Case No. 2:15-cv-00793-RFB-GWF) and an opposition to a partial summary judgment motion in that matter due on May 2nd. Additionally, defense counsel will be out-of-town for a family event April 28-30.

Therefore, the parties respectfully request that the deadline for Defendants' reply brief be extended fourteen (14) days up to and including May 17, 2018.

DATED this 27th day of April, 2018.

| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | LAW OFFICES OF ROBERT P. SPRETNAK |
|---|---|
| By: /s/ S. Scott Greenberg<br>S. SCOTT GREENBERG<br>NV Bar No. 4622<br>5100 W. Sahara Ave.<br>Las Vegas, NV 89146<br>Attorneys for Defendant,<br>Clark COUNTY SCHOOL DISTRICT | By: /s/ Robert Spretnak<br>ROBERT SPRETNAK<br>NV Bar No. 5135<br>8275 S. Eastern Avenue<br>Suite 200<br>Las Vegas, NV 89123<br>Attorney for Plaintiffs |

**IT IS SO ORDERED:**

Dated: April 27, 2018.

_____
UNITED STATES DISTRICT JUDGE