CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
(702) 799-5373
Attorney for Defendant,
CLARK COUNTY SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARLAND HENDERSON, et al.<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendant | CASE NO. 2:17-cv-01767-JAD-NJK<br>**ORDER**<br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br>(Second Request) |

COME NOW, the parties, by and through their attorneys of record, and hereby stipulate and agree to extend the deadline for the reply brief in support of summary judgment one (1) day from the current deadline of May 17, 2018, to May 18, 2018. This is the second request to extend the deadline and is being made in good faith and not for any reason of delay.

The undersigned just learned he will have to attend the CCSD Board meeting on Thursday, May 17th, the current day the reply is due, for a matter that has just arisen. The unforeseen matter is anticipated to take up significant time of defense counsel on May 17th. Because of this unexpected matter, the parties have agreed Defendant's reply brief may be filed May 18, 2018, if necessary.

/ / /

/ / /

Therefore, the parties respectfully request that the deadline for Defendant's reply brief be extended one (1) day to May 18, 2018.

DATED this 15th day of May, 2018.

| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | LAW OFFICES OF ROBERT P. SPRETNAK |
|---|---|
| By: /s/ S. Scott Greenberg<br>S. SCOTT GREENBERG<br>NV Bar No. 4622<br>5100 W. Sahara Ave.<br>Las Vegas, NV 89146<br>Attorneys for Defendant,<br>Clark COUNTY SCHOOL DISTRICT | By: /s/ Robert Spretnak<br>ROBERT SPRETNAK<br>NV Bar No. 5135<br>8275 S. Eastern Avenue<br>Suite 200<br>Las Vegas, NV 89123<br>Attorney for Plaintiffs |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 16, 2018.