LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiffs

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. Scott Greenberg, Esq. (Bar No. 4622)
5100 W. Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Fax: (702) 799-5505
Email: greens2 @ nv.ccsd.net
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARLAND HENDERSON; and TAMMIE KEITH-HENDERSON,<br><br>Plaintiffs<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,<br><br>Defendant. | Case No.: 2:17-cv-01767-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEY'S FEES (ECF No. 48)**<br><br>**(First Request)** |

Plaintiffs GARLAND HENDERSON and TAMMIE KEITH-HENDERSON, and Defendant CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, by and through their respective counsel of record, hereby STIPULATE AND AGREE to extend the time period for Plaintiffs to file an opposition to Defendant's Motion for Summary Judgment (ECF No. 48) be extended by one week to **February 8, 2019**. Any opposition to this pending motion currently is due to be filed by **February 1, 2019**, pursuant to LR 7-2(b). This is the first request to extend this deadline.

There is good cause for the requested extension. Counsel have been involved in discussions relating to the appeal of the Court's Order Granting Summary Judgment (ECF No. 45) and whether

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

the parties can reach a resolution of this matter can be reached prior to the deadline for filing an appeal in this matter, which is February 7, 2019. While there are no guarantees as to whether these discussions will be fruitful, it is important that these discussions continue prior to the investment of additional time briefing the pending motion. This stipulation and, if approved, order, will set the deadline for filing any opposition to the pending motion for attorney's fees past the deadline to file an appeal.

DATED: January 30, 2019.   DATED: January 30, 2019.

LAW OFFICES OF ROBERT P. SPRETNAK   CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/ Robert P. Spretnak   By: /s/ S. Scott Greenberg
    Robert P. Spretnak, Esq.       S. Scott Greenberg, Esq.

Attorney for Plaintiff   Attorneys for Defendant

8275 S. Eastern Avenue, Suite 200   5100 W. Sahara Avenue
Las Vegas, Nevada 89123   Las Vegas, Nevada 89146

**ORDER**

IT IS SO ORDERED.

Dated: January 31, 2019

_____
U.S. District Judge Jennifer A. Dorsey

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123