# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Garland Henderson, et al.,

             Plaintiffs,

v.

Clark County School District,

             Defendant.

JUDGMENT IN A CIVIL CASE
for Attorney Fees

Case Number:  2:17-cv-01767-JAD-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

in favor of CCSD and against the plaintiffs jointly and severally in the amount of $29,470 plus the costs already taxed at $4,606 [ECF Nos. 55, 56] for a total of $34,076.

7/29/2019
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk